Judgment and order denying motion for new trial reversed on the facts and new trial granted, with costs to appellant to abide the event unless the plaintiffs shall within ten days stipulate to reduce the recovery by deducting therefrom the sum of $329.25 with interest thereon from January 30, 1918, to the date of the entry of the judgment, in which event the judgment is modified accordingly, and as so modified affirmed, together with the order, without costs of this appeal to either party, and order granting an additional allowance modified by reducing the allowance to five per cent upon the amount of the damages actually recovered as modified by the above-mentioned deduction, plus five per cent upon the amount of the counterclaim, with interest as demanded in the answer, and as so modified affirmed, without costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE E. BURGESS, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Respondent, v. BLACK ROCK MILLING CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

JAMES STEWART & COMPANY, INCORPORATED, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 15294, Barge Canal Contract No. 39.) — Judgment, so far as appealed from, and order affirmed, with costs, on the authority of *Jackson* v. *State of New York* (210 App. Div. 115; affd., 241 N. Y. 563). All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

THE CITY OF BUFFALO, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

TIOGA COUNTY SAVINGS AND TRUST COMPANY, Appellant, v. DOCK AND MILL COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

GERTRUDE SIEBERT, Respondent, v. THE CITY OF ROCHESTER, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

CHARLES RULAPAUGH, Respondent, v. JOHN GREENBERGER, Defendant, and ARTHUR R. SIMPIER, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event, on the ground that the verdict is against the weight of the evidence on the issue of negligence. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ETHEL RULAPAUGH, an Infant, by CHARLES RULAPAUGH, Her Guardian ad Litem, Respondent, v. JOHN GREENBERGER, Defendant, and ARTHUR R. SIMPIER, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide the event on the ground that the verdict is against the weight of the evidence on the issue of negligence. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEHIGH VALLEY RAILWAY COMPANY, Appellant, v. CITY OF BUFFALO (Assessment for Paving New South Ogden Street), Respondent.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.